An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

No. 67087

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EARNEST PHILLIPS A/K/A ERNEST PHILLIPS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67015

FILED

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

EARNEST PHILLIPS A/K/A ERNEST PHILLIPS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67016

EARNEST PHILLIPS A/K/A ERNEST PHILLIPS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67017

EARNEST PHILLIPS A/K/A ERNEST PHILLIPS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67018

EARNEST PHILLIPS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67042

EARNEST PHILLIPS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67086

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04921

| | |
|---|---|
| EARNEST PHILLIPS,<br><br>     Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 67087 |
| EARNEST PHILLIPS A/K/A ERNEST PHILLIPS,<br><br>     Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 67206 |

## ORDER DISMISSING APPEALS

These are pro se appeals from court orders resolving various pretrial motions and a court order denying a petition to resubmit appellant's pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County, Kathleen E. Delaney, Judge.

No statute or court rule permits an appeal from an order denying such motions or resolving such a petition. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (no appeal lies from an order denying a pretrial petition for a writ of habeas corpus). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Kathleen E. Delaney, District Judge
Earnest Phillips
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk